IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHEN CHONG SHU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 03-409E |
| v. | ) | |
| | ) | Judge McLaughlin |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This matter having been raised before the Court on application for leave to take the deposition upon oral examination of a person confined in prison pursuant to 28 U.S.C. § 30(a)(2), and having determined that the deposition of the Plaintiff is consistent with the principles stated in Rule 26(b)(2) FRCP, and for good cause shown,

IT IS, THEREFORE, this __ day of _____, 2005 ORDERED that the application is hereby granted.

                                                                                  _____
                                                                                  U.S. MAGISTRATE JUDGE

cc:   Counsel of record