IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHEN CHONG SHU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 03-409E |
| v. | ) | |
| | ) | Judge McLaughlin |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF TAKING DEPOSITION**

TO:  Chen Chong Shu
     Reg. No. 48744-054
     FCI McKean
     P.O. Box 8000
     Bradford, PA 16701

PLEASE TAKE NOTICE that Defendant, United States of America, by its attorneys Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania and Christy Criswell Wiegand, Assistant U.S. Attorney for said district, shall take the deposition upon oral examination of Chen Chong Shu at **11:30 a.m.** on **October 13, 2005** at FCI McKean, in Bradford, Pennsylvania.

The said deposition shall be used for discovery in the trial of the above case and the same shall be taken before an officer authorized to administer oaths by law and to take testimony.

If the foregoing deposition is not commenced or if the same is commenced but not completed on the day aforesaid, such deposition will be adjourned and continued from time to time until completed, without further notice other than oral proclamation at the place above stated.

You are hereby notified to attend and participate in the deposition as shall be proper.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


\s\ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
Assistant U.S. Attorney
Western District of PA
U.S.P.O. & Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA  15219
(412) 644-6500

**OF COUNSEL:**
Joyce Horikawa, Esquire
Senior Attorney
BOP, Northeast Regional Office
U.S. Custom House, Room 801
2nd & Chestnut Streets
Philadelphia, PA 19106

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I forwarded by postage-paid United States First Class mail a true and correct copy of the foregoing **AMENDED NOTICE OF TAKING DEPOSITION** to the following:

Chen Chong Shu
Reg. No. 48744-054
FCI McKean
P.O. Box 8000
Bradford, PA 16701


\s\ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
Assistant U.S. Attorney


Dated:   September 19, 2005