IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHEN CHONG SHU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 03-409E |
| v. | ) | |
| | ) | Judge McLaughlin |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion of Defendant, the United States of America, to Extend Discovery, **IT IS HEREBY ORDERED** that said Motion is **GRANTED** and discovery in this matter is extended for sixty (60) days, or until November 25, 2005.

IT IS FURTHER ORDERED THAT Plaintiff shall file his pretrial statement on or before Friday, December 16, 2005

IT IS FURTHER ORDERED THAT Defendant's Motion for Summary Judgment or Pretrial Statement shall be filed on or before Tuesday, January 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE