**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

_____

_____

| | | |
|---|---|---|
| **CHEN CHONG SHU,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **C.A. No. 03-409 Erie** |
| | ) | **District Judge McLaughlin** |
| **UNITED STATES OF AMERICA,** | ) | **Magistrate Judge Baxter** |
| **Defendant.** | ) | |

**O R D E R**

AND NOW, this 20th day of December, 2005;

IT IS HEREBY ORDERED that Plaintiff show cause before January 3, 2005, for his failure to file a pre-trial narrative statement which was due on December 16, 2005.  Failure to respond to this Order will result in the dismissal of this action for failure to prosecute.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE