IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHEN CHONG SHU,
        Plaintiff,
    v.
UNITED STATES OF AMERICA,
        Defedant.

No. 03-409E
Judge McLaughlin
Mgst. Judge Baxter

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S PETITION FOR EXTENSION OF TIME TO STAY LITIGATION PENDING RETENTION FOR [SIC] COUNSEL ASSISTANCE.

AND NOW, comes Plaintiff, Chen Chong Shu, Pro Se litigant, respectfully replies to Defendant's Response to Plaintiff's Petition for Extension of Time to Stay Litigation Pending Retention for [Sic] Counsel Assistance:

PROCEDURAL HISTORY

Plaintiff, a federal inmate, brought this Pro Se medical malpractice and negligence

(1)

action pursuant to the Federal Tort Claims Act, 28 U.S.C. §2670, et seq. (hereinafter "FTCA"), on December 15, 2003.

Plaintiff's pretrial statement was scheduled to be due on or before 12-16-2005.

On December 20, 2005, Plaintiff filed a Notice of Change of Address, and Petition for Extension of Time to Stay Litigation Pending Retension For [sic] Counsel Assistance.

Plaintiff indicates that he is now in the custody of the Department of Homeland Security, at the Clinton County Correctional Facility. Plaintiff requests that the Court stay this litigation pending "retention for counsel assistance." Plaintiff further states that he has made various attempts to contact outside counsel to request assistance with his prosecution of this action, and that one particular outside counsel is reviewing the matter. In addition, Plaintiff requests that, should he be unsuccessful in retaining his own counsel, under the circumstances, the Court appoint counsel on his behalf.

Defendant has no objection to a stay of this litigation, including a stay of the filing of Defendant's pretrial statement and or motion for Summary Judgment, pending Plaintiff's current efforts to secure the assistance of outside counsel.

Defendant does, however, oppose Plaintiff's Motion to Appoint Counsel, as that motion is premature, given that Plaintiff is currently in the process of having his own outside counsel review this matter. Defendant also requests an opportunity to fully brief the issue of appointment of counsel in the event that that issue becomes ripe for review, should Plaintiff be unsuccessful in obtaining his own counsel.

Plaintiff repeatedly attempted numerous time to reach for assistance to further this litigation. To no avail, up to date, Plaintiff is unsuccessfully in obtaining his own counsel. In particular the contacted "outside counsel that is reviewing the matter" mentioned from the above stated paragraph, it is A partnership of Rieders, Travis, Humphrey, Harris, Walters and Waffenschmidt, located at 161 West

Third Street, P.O. Box 215, Williamsport, Pennsylvania, 17703-0215; Phone Number 570-323-8711, Attention to Ronald C. Travis, Esquire, On December 29, 2005, has contacted Plaintiff and declined to accept the matter. Plaintiff is now left to no assistance and or access to further his litigation.

Under the present circumstances, Plaintiff's barrior of language with an enormous complication to communicate, a man unversed with the facility of laws and regulations, under the detention of the Department of Homeland Security through its contract with the Clinton County Jail has no access to any legal assistances and or material, to an extreme lack of equiptments and resulted of over-crowded of the Jail - Approximately 400 inmates share one single type-writer without correctional type ribbon - There are none available through Commisary to purchase - The condition of the detention extremely volitile to the point where frustration is no long a logical mean to adiquately complain or grive about the Situation, Presently, the type writer

(4)

is broken, there is no more type ribbon left in Supply, and there is 6 other inmates that plaintiff knows of are presently await for the access to the type writer. Meanwhile, Plaintiff received both the denial of acceptance of the case from the private Consel and the Response from the Defendant, rather Plaintiff sit and wait to have access to the typing situation, Plaintiff decided to have a fellow inmate to help Plaintiff to hand written this Reply and interpreted for Plaintiff to make an attempt to communicate and Reply Defendant's Response to the Court. This Particular inmate is a Vietnamese national and to be released as of December 30, 2005. Plaintiff in a Final effort pray to this Court that he's helplessly defended such adversity presented in this very important matter and that he placed his vunalbility in the hand of the Court in Considering Plaintiff prayer.

Wherefore; for the foregoing reasons, Plaintiff respectfully requests that the Court GRANT Plaintiff's Motion to Appoint Consel. Enjoining Defendant's recommendation

(5)

to concur the granting of Plaintiff's Motion to Stay litigation for a reasonable period of time pending Plaintiff's efforts to secure the Assistance of Counsel.

Respectfully Submitted,

12.29.05
Dated.

Chen Chong Shu
CHEN CHONG SHU
Reg. No. 05-2913
Clinton County Correctional
Facility - P.O. Box 419
McElhattan, PA 17748.

Pro. Se.

## CERTIFICATE OF SERVICE:

I hereby certify that I have served this date a copy of the within PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S PETITION FOR EXTENSION OF TIME TO STAY LITIGATION PENDING RETENTION FOR [SIC] COUNSEL ASSISTANCE. by first class, United States mail, upon the following:

U.S. Attorney's Office.
Western District of PA.
U.S. Post Office & Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA 15219.

12.29.05
Dated.

_Chen Chong Shu_
CHEN CHONG SHU.