IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHEN CHONG SHU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 03-409E |
| v. | ) | |
| | ) | Judge McLaughlin |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion of Defendant, the United States of America, for Enlargement of Time to File Motion for Summary Judgment or Pretrial Statement, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.

IT IS FURTHER ORDERED THAT Defendant's Motion for Summary Judgment or Pretrial Statement shall be filed within thirty (30) days of service of Plaintiff's Pretrial Statement.

_____
UNITED STATES MAGISTRATE JUDGE