IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHEN CHONG SHU,** ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 03-409 Erie |
| ) | District Judge McLaughlin |
| **UNITED STATES OF AMERICA,** ) | Magistrate Judge Baxter |
| Defendant. ) | |

## O R D E R

AND NOW, this 2nd day of February, 2006;

IT IS HEREBY ORDERED that Plaintiff show cause before February 10, 2006, for his failure to file a pre-trial narrative statement which was due on January 31, 2006. This is the second time that Plaintiff has missed such a deadline. This case cannot proceed without participation by Plaintiff. Failure to respond to this Order will result in the dismissal of this action for failure to prosecute.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE